# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS L. MARTIN, | CASE NO. 1:09-cv-00755-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM |
| v. | |
| PLEASANT VALLEY STATE PRISON MEDICAL STAFF, et al., | (Doc. 25) |
| Defendants. | RESPONSE DUE WITHIN 20 DAYS |
| / | |

On January 13, 2010, the court issued an order granting an extension of time to file a second amended complaint, within ninety (90) days. The ninety (90)-day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

Accordingly, the Court HEREBY ORDERS Plaintiff to show cause why this action should not be dismissed for failure to obey a court order and failure to state a claim. Plaintiff is to file a response within **twenty (20) days** from the date of service of this order. Failure to respond to this order will result in dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

Dated:     **June 14, 2010**                     /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1